# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**NEAL C. MCCORD, III,**

**Plaintiff,**

**-vs-**                                            **Case No.  6:05-cv-1397-Orl-31JGG**

**WALT DISNEY WORLD COMPANY,**

**Defendant.**

_____

## ORDER

Defendant, Walt Disney World Company, has moved to dismiss Count II of Plaintiff's

Amended Complaint (Doc. 15).  Plaintiff has not responded and the Motion is, therefore,

unopposed.  Having filed this Complaint prior to expiration of the 180 day waiting period,

Plaintiff's FCRA claim is premature.  Accordingly, it is

**ORDERED** that the Motion is GRANTED. Count II of Plaintiff's Amended Complaint is

Dismissed, without prejudice.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on December 13, 2005.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party